# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERIC RIDEOUT**                                                                                           **PLAINTIFF**

**V.**                            **CASE NO. 5:08CV00252 BSM/BD**

**SUSAN POTTS**                                                                                          **DEFENDANT**

## ORDER

The court has reviewed the recommended disposition filed herein by Magistrate Judge Beth Deere and has made a *de novo* review of the record. Noting that the parties have not objected to the recommended disposition, the court concludes that the recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint (docket entry #2) is DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE